Decided October 10, 1996

## WATERBURY TEACHERS ASSOCIATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 700 (AC 14938), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the grievance hearings in this case did not constitute 'meetings' within the meaning of General Statutes § 1-18a (b) because they constituted 'strategy or negotiations' within the meaning of the same statute?"

The Supreme Court docket number is SC 15544.

*Joan M. Andrews,* commission counsel, in support of the petition.

*William J. Dolan,* in opposition.

Decided October 10, 1996